

FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 23 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN JENKINS,<br>A/K/A REI,<br>A/K/A REITHE8TH,<br>A/K/A DANI DOMO,<br>A/K/A SLUTTYROSE123,<br>A/K/A HEIWA7340, AND<br>A/K/A POETIC JUSTICE | Criminal Indictment<br><br>No. 1:18CR0181<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

**Count One**

On or about March 28, 2015, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of

interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Two

On or about July 12, 2015, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Three

On or about August 11, 2015, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct,

knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Four

On or about December 12, 2015, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Five

On or about December 27, 2015, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as

Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Six

On or about January 25, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Seven

On or about February 2, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Eight

On or about February 3, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual

depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Nine

On or about February 3, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly distribute at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### Count Ten

On or about February 8, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct,

knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Eleven

On or about February 8, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly distribute at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### Count Twelve

On or about May 22, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as

Heiwa7340, also known as Poetic Justice, did knowingly distribute at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## Count Thirteen

On or about June 1, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Fourteen

On or about June 1, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly distribute at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### Count Fifteen

On or about June 6, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and

cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Sixteen

On or about June 16, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Seventeen

On or about July 5, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly distribute at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of

interstate and foreign commerce, said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### Count Eighteen

On or about July 7, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Forfeiture

Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense charged in this Indictment, the defendant, BENJAMIN JENKINS, a/k/a Rei,

a/k/a Reithe8th, a/k/a Dani Domo, a/k/a Heiwa7340, a/k/a Sluttyrose123, shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant, BENJAMIN JENKINS, a/k/a Rei, a/k/a Reithe8th, a/k/a Dani Domo, a/k/a Heiwa7340, a/k/a Sluttyrose123,:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A <u>True</u> BILL

_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

_____
PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617

_____
SKYE DAVIS
*Assistant United States Attorney*
Georgia Bar No. 564709

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181