**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 23 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN JENKINS | Criminal Action No.<br><br>**1:18CR0181**<br><br>**UNDER SEAL** |

## Motion to Seal Indictment

The United States of America, by Byung J. Pak, United States Attorney, and Paul R. Jones and Skye Davis, Assistant United States Attorneys for the Northern District of Georgia, respectfully requests that the attached **Indictment**, motion to seal and order be sealed for the following reasons:

The defendant, Benjamin Jenkins, has been indicted on multiple counts of production and distribution of child pornography. This case stems out of allegations of "sextortion" of multiple female minors to produce and send him images and videos of their genitals. The case agent has learned that the defendant has continued to engage in this behavior with minor females. A search warrant has been prepared to be executed on the defendant's residence at the same time that he is arrested. Keeping the indictment under seal will prevent the defendant from destroying evidence and/or fleeing to avoid arrest.

WHEREFORE, the United States of America respectfully requests that this motion, the **Indictment** and ensuing order be sealed.

2

Submitted this 23rd day of May 2019.

                Respectfully submitted,

                BYUNG J. PAK
                  *United States Attorney*

                PAUL R. JONES AND SKYE DAVIS
                  *Assistant United States Attorney*
                Georgia Bar No. 402617
                Paul.Jones@usdoj.gov

                SKYE DAVIS
                  *Assistant United States Attorney*
                Georgia Bar No. 564709
                Skye.Davis@usdoj.gov