FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 25 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN JENKINS | Criminal Action No.<br><br>1:18-CR-181 |

## Motion to Unseal Indictment

The United States of America, by Byung J. Pak, United States Attorney, and Paul R. Jones, Assistant United States Attorneys for the Northern District of Georgia, moves this court to unseal the **Indictment** in the above-styled case and in support thereof shows that the defendant, Benjamin Jenkins, has been arrested. As a result, the Indictment no longer needs to be under seal.

WHEREFORE, the government respectfully requests that **Indictment** be unsealed.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/ Paul R. Jones

PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617
Paul.Jones@usdoj.gov