AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| BENJAMIN JENKINS<br>a/k/a Rei,<br>a/k/a Reithe8th,<br>a/k/a Dani Domo,<br>a/k/a Sluttyrose123,<br>a/k/a Heiwa7340, and<br>a/k/a Poetic Justice | CASE NO. 1:18-CR-181<br><br>**FILED IN OPEN COURT**<br>U.S.D.C. Atlanta<br><br>**MAY 2 5 2018**<br><br>James N. Hatten, Clerk<br>By: Deputy Clerk |

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest BENJAMIN JENKINS a/k/a Rei, a/k/a Reithe8th, a/k/a Dani Domo, a/k/a Sluttyrose123, a/k/a Heiwa7340, and a/k/a Poetic Justice and bring him or her forthwith to the nearest magistrate to answer a(n)

[■] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

Charging him or her with (brief description of offense):   SEXUAL EXPLOITATION OF CHILDREN

in violation of **Title 18, United States Code, Section(s) 2251(a) and 2251(e)**

| | |
|---|---|
| JAMES N. HATTEN<br>Name of Issuing Officer | Clerk, U.S. District Court<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | May 24, 2018 at Atlanta, Georgia<br>Date and Location |

Bail Fixed at $_____       By: _____
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

ATLANTA, GA

Date Received: 5/24/18

Date of Arrest: 5/25/18

REY TAYLOR, SPECIAL AGENT, HSI
Name and Title of Arresting Officer

[signature]
Signature of Arresting Officer