

# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:**         Libby Davis and Paul Jones

**FROM:**    Jill Ayers, Deputy Clerk

**DATE:**    11/19/18

**CASE NO.:**   1:18-cr-181-MLB

**SUBJECT:**   RECLAMATION AND DISPOSITION OF DOCUMENTARY EXHIBITS

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the documentary exhibits in the above styled case will be disposed of if you have not recovered same within 30 days from the date of this letter.[1] Any audio and video exhibits will be retained until after the time for appeal has expired, or in appealed cases, until entry of the appellate court's mandate.

Please date and sign this Notice to acknowledge receipt, indicate how the exhibits should be handled, and electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF.  The event is located under the Other Documents heading.

**Receipt of this Notice is hereby acknowledged.**   _____
                                                                                       **(Signature)**

☐ **Documentary Exhibits will be picked up no later than** _____
                                                                                      **(Date)**

☐ **Documentary Exhibits may be destroyed.**   _____   **(Initials)**

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record is required.*

**Exhibits Received by:** _____
                                             **(Signature)**

**This _____ day of _____, 2018**

---

[1] The exhibits have been uploaded to the electronic file which is the official record of the court.