IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. |
| v. : | |
| : | 1:18-CR-00181-MLB-CMS |
| BENJAMIN JENKINS : | |

**UNOPPOSED MOTION TO EXTEND TIME TO
NOTIFY COURT OF INTENT**

COMES NOW Undersigned Counsel and hereby files this Motion to request an extension of time to notify the court whether Mr. Jenkins intends to go to trial in the above-captioned case or enter a guilty plea. In support of this motion, Mr. Jenkins states the following:

1.

Mr. Jenkins recently asked undersigned counsel to file a motion to withdraw. Filed today, the motion asks the court for an *ex parte* hearing and for appointment of new counsel.

2.

On April 12, 2019, this Court entered an order requiring counsel for Mr. Jenkins to notify the Court on or before April 26, 2019 if a plea of guilty will be entered or if the case will proceed to trial. (Doc. 50). Due to Mr. Jenkins' request for the undersigned to withdraw and have new counsel appointed, Mr. Jenkins will need additional time to review the case with his new counsel and

arrive at a decision regarding case strategy. Because of this unexpected turn of events, and to protect the interests of Mr. Jenkins, undersigned counsel requests an extension of time to notify the court of his intent with regard to the case.

3.

Undersigned counsel conferred with Assistant United States Attorney Paul Jones regarding this request, and AUSA Jones has no objection to this motion.

WHEREFORE, Mr. Jenkins respectfully prays the Court grant an extension of time to provide notification of whether he intends to go to trial or enter a guilty plea.

Dated:  This 24th day of April, 2019.

Respectfully submitted,

*/s/ J. Wesley Bryant*
J. Wesley Bryant
Georgia Bar No. 091621
Attorney for Mr. Jenkins

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Wes_Bryant@fd.org

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that the foregoing motion is formatted in Times New Roman, 14-point font, and that on this day, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: This 24th day of April, 2019.

*/s/ J. Wesley Bryant*
J. Wesley Bryant
Georgia Bar No. 091621
Attorney for Mr. Jenkins