IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN JENKINS,<br><br>  Defendant. | CRIMINAL ACTION<br><br>No: 1:18-CR-181-MLB-CMS |

# **O R D E R**

Attorney James Bryant has filed a motion to withdraw from this case [Doc. No. 51], and for good cause shown, this motion is **GRANTED**. Attorney Sarah Timmer is hereby appointed to represent Mr. Jenkins.

**IT IS SO ORDERED** this 14th day of May, 2018.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE