

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 25 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN JENKINS,<br>A/K/A REI,<br>A/K/A REITHE8TH,<br>A/K/A DANI DOMO,<br>A/K/A SLUTTYROSE123,<br>A/K/A HEIWA7340, AND<br>A/K/A POETIC JUSTICE | Criminal Indictment<br><br>(Superseding)<br><br>1:18-CR-181-MLB-CMS |

THE GRAND JURY CHARGES THAT:

**Count One**
**(Production and Attempted Production of**
**Child Pornography - Minor Female "K.D.")**

Beginning in or about December 2015, and continuing until in or about May 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly attempt to, and did knowingly, employ, use, persuade, induce, entice, and coerce a minor female, "K.D.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual

depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Two
### (Production and Attempted Production of Child Pornography - Minor Female "A.C.")

Beginning in or about September 2015, and continuing until in or about August 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly attempt to, and did knowingly, employ, use, persuade, induce, entice, and coerce a minor female, "A.C." to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Three
### (Distribution of Child Pornography – Minor Female "A.C.")

On or about March 7, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly distribute at least one visual depiction of a minor female, "A.C.," engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## Count Four
### (Production and Attempted Production of Child Pornography – Minor Female "D.R.")

Beginning in or about May 2016, and continuing until in or about June 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly attempt to, and did knowingly employ, use, persuade, induce, entice, and coerce a minor female, "D.R." to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct,

knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Five
### (Production and Attempted Production of Child Pornography - Minor Female "M.M.")

Beginning in or about June 2016, and continuing until in or about July 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly attempt to, and did knowingly, employ, use, persuade, induce, entice, and coerce a minor female, "M.M.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Six
### (Distribution of Child Pornography – Minor Female "M.M.")

On or about July 5, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly distribute at least one visual depiction of a minor female, "M.M.," engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## Count Seven
### (Production and Attempted Production of Child Pornography - Minor Female "M.D.V.")

Beginning in or about March 2015, and continuing until in or about December 2015, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly attempt to, and did knowingly, employ, use, persuade, induce, entice, and coerce a minor female, "M.D.V.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct,

knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Eight
### (Production and Attempted Production of Child Pornography - Minor Female "V.F.")

In or about July 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly attempt to, and did knowingly, employ, use, persuade, induce, entice, and coerce a minor female, "V.F.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Nine
### (Production and Attempted Production of
### Child Pornography - Minor Female "K.N.")

In or about August 2015, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly attempt to, and did knowingly, employ, use, persuade, induce, entice, and coerce a minor female, "K.N.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Ten
### (Production and Attempted Production of Child Pornography -
### Minor Female "C.T.")

Beginning in or about January 2016, and continuing until in or about February 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly attempt to, and did knowingly, employ, use, persuade, induce, entice, and coerce a minor female, "C.T.," to engage in sexually explicit

7

conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count Eleven
### (Distribution of Child Pornography – Minor Female "C.T.")

On or about February 3, 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly distribute at least one visual depiction of a minor female, "C.T.," engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### Count Twelve
### (Production and Attempted Production of Child Pornography - Minor Female "S.H.")

Beginning in or about February 2016, and continuing until in or about March 2016, in the Northern District of Georgia and elsewhere, the defendant, BENJAMIN JENKINS, also known as Rei, also known as Reithe8th, also known as Dani Domo, also known as Sluttyrose123, also known as Heiwa7340, also known as Poetic Justice, did knowingly attempt to, and did knowingly, employ, use, persuade, induce, entice, and coerce a minor female, "S.H." to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

//

//

## Forfeiture

Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense charged in this Indictment, the defendant, BENJAMIN JENKINS, a/k/a Rei, a/k/a Reithe8th, a/k/a Dani Domo, a/k/a Heiwa7340, a/k/a Sluttyrose123, shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant, BENJAMIN JENKINS, a/k/a Rei, a/k/a Reithe8th, a/k/a Dani Domo, a/k/a Heiwa7340, a/k/a Sluttyrose123,:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A _____ BILL

FOREPERSON

BYUNG J. PAK
*United States Attorney*

PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617

SKYE DAVIS
*Assistant United States Attorney*
Georgia Bar No. 564709

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181