FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 1 6 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN JENKINS | Criminal Action No.<br><br>1:18-CR-181-MLB |

## VERDICT

### COUNT ONE

**Producing Materials Involving the Sexual Exploitation of Minors**

As to Count One of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

_____X_____ Guilty          _____ Not Guilty

### COUNT TWO

**Producing Materials Involving the Sexual Exploitation of Minors**

As to Count Two of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

_____X_____ Guilty          _____ Not Guilty

## COUNT THREE

### Distributing Materials Involving the Sexual Exploitation of Minors

As to Count Three of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

_____X_____Guilty　　　　　_____ Not Guilty

## COUNT FOUR

### Producing Materials Involving the Sexual Exploitation of Minors

As to Count Four of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

_____X_____Guilty　　　　　_____ Not Guilty

## COUNT FIVE

### Producing Materials Involving the Sexual Exploitation of Minors

As to Count Five of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

_____X_____Guilty　　　　　_____ Not Guilty

2

## COUNT SIX

### Distributing Materials Involving the Sexual Exploitation of Minors

As to Count Six of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

\_\_\_\_X\_\_\_\_Guilty          _____ Not Guilty

## COUNT SEVEN

### Producing Materials Involving the Sexual Exploitation of Minors

As to Count Seven of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

\_\_\_\_X\_\_\_\_Guilty          _____ Not Guilty

## COUNT EIGHT

### Producing Materials Involving the Sexual Exploitation of Minors

As to Count Eight of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

\_\_\_\_X\_\_\_\_Guilty          _____ Not Guilty

## COUNT NINE

### Producing Materials Involving the Sexual Exploitation of Minors

As to Count Nine of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

_____X_____ Guilty          _____ Not Guilty

## COUNT TEN

### Producing Materials Involving the Sexual Exploitation of Minors

As to Count Ten of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

_____X_____ Guilty          _____ Not Guilty

## COUNT ELEVEN

### Distributing Materials Involving the Sexual Exploitation of Minors

As to Count Eleven of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

_____X_____ Guilty          _____ Not Guilty

## COUNT TWELVE

### Producing Materials Involving the Sexual Exploitation of Minors

As to Count Twelve of the Superseding Indictment, we, the jury, unanimously find the Defendant, BENJAMIN JENKINS:

_____X_____ Guilty            _____ Not Guilty

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this ⎯16⎯ th

day of ⎯⎯January⎯⎯, 2020.

Foreperson's Signature: _____

Foreperson's Printed Name: _____CHAD DOIRON_____

5