IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13831-G

_____

UNITED STATES OF AMERICA,

                                                                  Plaintiff-Appellee,

versus

BENJAMIN JENKINS,
a.k.a. Rei,
a.k.a. Reithe 8th,
a.k.a. Dani Domo,
a.k.a. Sluttyrose123,
a.k.a. Heiwa7340,
a.k.a. Poetic Justice,

                                                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

    Sarah Timmers's motion to withdraw as co-counsel for Benjamin Jenkins on appeal is GRANTED.

                                                      /s/ Elizabeth L. Branch
                                                   UNITED STATES CIRCUIT JUDGE